# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**BERGEN COUNTY PROTECT AND RESCUE FOUNDATION, VINCENT ASCOLESE and CINDY ALEMAN,**<br><br>    Defendants. | Civ. No. 22-03338 (KM) (AME)<br><br>**ORDER** |

The plaintiff having filed a motion (DE 19) for entry of a default judgment against defendants Bergen County Protect and Rescue Foundation; and the third defendant, Cindy Aleman, having filed a response in opposition (DE 23); and the plaintiff having filed a reply. (DE 24, 25); and the Court having considered the matter without oral argument; and good cause appearing therefor;

IT IS, this 10th day of July, 2023

ORDERED that the plaintiff's motion (DE 19) for entry of a default judgment is denied.

/s/ Kevin McNulty
_____
**Hon. Kevin McNulty**
**United States District Judge**